■ ANDREA M. FULLER et al., Respondents, v PINO RESTAURANT, INC., Doing Business as BILLY BOB's, Appellant, et al., Defendants. [823 NYS2d 707]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered November 15, 2005 in a personal injury action. The order denied defendants' motions to bifurcate the trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.

■ GAL-COR, INC., Appellant, v THOMAS E. SCHOFIELD et al., Respondents. [823 NYS2d 750]—Appeal from an order of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered September 2, 2005 in a legal malpractice action. The order, insofar as appealed from, granted that part of defendants' motion seeking dismissal of the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.